UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00175 |
| | ) | JUDGE TRAUGER |
| ROBERT H. JOHNSON | ) | |

## MOTION TO CONTINUE TRIAL

Through counsel, defendant Robert H. Johnson moves to continue his August 20, 2013 trial. Mr. Johnson is in custody pending trial.

In support of this motion, defense counsel would show the following: Defense counsel has received and reviewed discovery in this case and discussed several potential litigation issues with Mr. Johnson. Counsel is still reviewing several legal issues in this matter that need to be addressed. Mr. Johnson cannot make a knowing and intelligent decision as to how he should proceed in this matter until the above issues are addressed. For these reasons, the defendant moves to continue his trial.

Mr. Johnson concurs in the request to postpone this matter, and will be signing and filing a speedy trial waiver.

The government has not indicated any objections to a continuance of this matter.

Counsel requests that this matter be continued by at least 90 days.

Respectfully submitted,

  /s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Robert H. Johnson