Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00175 |
| | ) | JUDGE TRAUGER |
| ROBERT H. JOHNSON | ) | |

## MOTION TO CONTINUE TRIAL

Through counsel, defendant Robert H. Johnson moves to continue his November 19, 2013, trial. Mr. Johnson is in custody pending trial.

In support of this motion, defense counsel would show the following: Defense counsel has received and reviewed discovery in this case and has had ongoing discussions with Mr. Johnson about his case. Counsel needs to determine several outstanding sentencing issues so that Mr. Johnson will be able to make a knowing and intelligent decision as to how he should proceed in this matter. To this end, counsel will be meeting with the prosecutor to discuss the sentencing issues and to attempt to reach an agreed disposition in this matter. To allow time to resolve these sentencing issues and determine whether this case can be resolved with an agreed disposition, Mr. Johnson requests that the November 19 trial be continued.

Mr. Johnson concurs in the request to postpone this matter and has signed a speedy trial waiver which will be filed with the Court.

Assistant U.S. Attorney Lynne Ingram has advised she has no objections to a continuance of this matter.